# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2004 FEB 23 A 11: 06

OFFICE
AT BALTIMORE

DEPUTY
BY _____

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Telephone: [202] 502-2800<br>Fax: [202] 502-2888 |

http://www.jpml.uscourts.gov

February 20, 2004

Ms. Felicia C. Cannon
United States District Court
Edward A. Garmatz Federal Building
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule G of Order)

Dear Ms. Cannon:

Enclosed is one certified and additional copies of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Please note, however, that the Panel's order, at footnote 8, partially suspends Rule 1.6 (a) for this litigation. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 12 of Volume 1, Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each action by your court, the caption and docket numbers of all actions originally filed in your district, and receiving copies of orders regarding settlements, dismissals, further transfers under 28 U.S.C. §§ 1404(a) or 1406, reassignments to other judges in your district, etc.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon a finding by the transferee judge that remand of a transferred action is appropriate, this office will promptly file conditional remand orders when appropriate notification is received from your court.

For your information, I am enclosing a copy of the Panel Attorney Service List.  We are also interested in receiving orders appointing liaison counsel or attorney lists used by your court.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
                Deputy Clerk

Enclosures

cc:  List of Recipients Attached

List of Recipients for
letter addressed to Felicia C. Cannon, Dated February 20, 2004
Re:  MDL-1586

Enclosures include Vol. 1, Ch. 12 of the Clerks Manual, U.S. District Courts, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel Rules to

        Chief Judge, Transferee District: Judge Benson Everett Legg, D. Maryland
        Transferee Judges:  Judge J. Frederick Motz, D. Maryland
                       Judge Andre M. Davis, D. Maryland
                       Judge Frederick P. Stamp, Jr., N.D. West Virginia

Enclosures include transfer order only to

        Clerk, Hearing District Court: Jack L. Wagner, E.D. California
        Chief Judge (Other): Judge Irene M. Keeley, N.D. West Virginia

Enclosures include transfer order and Rule 1.6, R.P.J.P.M.L., to

        Clerk(s), Transferor District Court(s): J. Michael McMahon, S.D. New York
                       James R. Manspeaker, D. Colorado
                       Kenneth J. Murphy, S.D. Ohio
                       Michael E. Kunz, E.D. Pennsylvania
                       Michael W. Dobbins, N.D. Illinois
                       Peter T. Dalleo, D. Delaware
                       Richard W. Wieking, N.D. California
                       Robert C. Heinemann, E.D. New York
                       Sherri R. Carter, C.D. California
                       Sofron B. Nedilsky, E.D. Wisconsin
                       Tony Anastas, D. Massachusetts
                       William T. Walsh, D. New Jersey

        Assigned Judge(s), Transferor District Court(s): Judge Harold A. Ackerman, D. New Jersey
                               Judge Lewis T. Babcock, D. Colorado
                               Judge Deborah A. Batts, S.D. New York
                               Judge P. Kevin Castel, S. D. New York
                               Judge Dennis M. Cavanaugh, D. New Jersey
                               Judge Charles N. Clevert, Jr., E.D. Wisconsin
                               Judge Wiley Y. Daniel, D. Colorado
                               Judge Gary Feess, C.D. California
                               Judge Gregory L. Frost, S.D. Ohio
                               Judge Nancy Gertner, D. Massachusetts
                               Judge Joseph A. Greenaway, Jr., D. New Jersey
                               Judge Terry J. Hatter, Jr., C.D. California
                               Judge Faith S. Hochberg, D. New Jersey
                               Judge John D. Holschuh, S.D. Ohio

Assigned Judge(s), Transferor District Court(s)
Judge Martin J. Jenkins, N.D. California
Judge Barbara S. Jones, S.D. New York
Judge Kent A. Jordan, D. Delaware
Judge Joan Humphrey Lefkow, N.D. Illinois
Judge John C. Lifland, D. New Jersey
Judge Jose L. Linares, D. New Jersey
Judge Edmund V. Ludwig, E.D. Philadelphia
Judge Blanche M. Manning, N.D. Illinois
Judge Charles R. Norgle, Sr., N.D. Illinois
Judge Richard G. Stearns, D. Massachusetts
Judge Joseph L. Tauro, D. Massachusetts
Judge Leonard D. Wexler, E.D. New York
Judge Mark L. Wolf, D. Massachusetts
Judge William G. Young, D. Massachusetts
Judge Rya W. Zobel, D. Massachusetts

JPML Form 33

# SCHEDULE A

MDL-1576 — In re Janus Mutual Funds Investment Litigation

### District of Colorado

*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798  JFM-04-494
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817  JFM-04-495
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847  JFM-04-496
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857  JFM-04-497
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871  JFM-04-498
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884  JFM-04-499
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909  JFM-04-500

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221  JFM-04 501
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261  JFM-04-502
*Rhonda Vladimir v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4273  JFM-04-503
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369  JFM-04-504
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384  JFM-04-0505
*Herbert Morris, etc. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453  JFM-04-506

### Southern District of New York

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760  JFM-04-510
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790  JFM-04-511
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914  04-512
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123  04-513
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125  04-514
*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218  04-515
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333  04-516
*Nechama Tepfer v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7337  04-517

### Eastern District of Pennsylvania

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-5048  04-518
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242  04-519
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354  04-520

## SCHEDULE B

MDL-1577 -- In re Strong Mutual Funds Investment Litigation

### District of New Jersey

~~Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al., C.A. No. 2:03-4221~~

### Southern District of New York

*Selma Stone v. Strong Advisor Common Stock Fund, et al.,* C.A. No. 1:03-6916   *04-534*

### Eastern District of Wisconsin

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.,* C.A. No. 2:03-862   *04-523*
*James Blevins v. Strong Capital Management, Inc., et al.,* C.A. No. 2:03-868   *04-532*
*Thomas R. Jones v. Strong Financial Corp., et al.,* C.A. No. 2:03-884   *04-533*
*Holly Painter v. Strong Capital Management, Inc., et al.,* C.A. No. 2:03-895   *04-534*
*Steve LeFavour, etc. v. Strong Financial Corp., et al.,* C.A. No. 2:03-897   *04-535*

# SCHEDULE C

MDL-1582 – In re Bank One Mutual Funds Investment Litigation

### Northern District of Illinois

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591    04- 537

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221   3RD listing
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514   04-538

### Southern District of New York

*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915   04-539
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970   04-540
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975   04-541

### Southern District of Ohio

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818   04-542

**SCHEDULE D**

<u>MDL-1585 – In re Bank of America Mutual Funds Investment Litigation</u>

### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330   *04-543*
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957   *04-544*
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249   *04-545*

### District of New Jersey

*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230   *04-546*
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496   *04-547*

### Southern District of New York

*Samuel T. Cohen v. Nations Capital Growth Fund, et al.*, C.A. No. 1:03-6847   *04-548*

# SCHEDULE E

<u>MDL-1590 -- In re Putnam Mutual Funds Investment Litigation</u>

<u>Northern District of California</u>

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 3:03-4973
*04-558*

<u>District of Delaware</u>

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*, C.A. No. 1:03-1023
*04-559*

<u>District of Massachusetts</u>

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086 *04-560*
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
   C.A. No. 1:03-12094  *04-561*
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12116  *04-562*
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12162  *04-563*
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175 *04-564*
*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12196  *04-565*
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209 *04-566*
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214 *04-567*

<u>Southern District of New York</u>

*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8323  *04-568*
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368 *04-569*
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407 *04-570*
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8651  *04-571*
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683 *04-572*
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720  *04-573*

## SCHEDULE F

MDL-1591 — In re Alliance Capital Mutual Funds Investment Litigation

### District of New Jersey

*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724  *04-575*
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895  *04-576*
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
  C.A. No. 2:03-4962  *04-577*

### Eastern District of New York

*Felicia Bernstein v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5087  *04-578*
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5345  *04-579*

### Southern District of New York

*Nada Hindo, et al. v. Alliance Capital Management Holding, L.P., et al.*,
  C.A. No. 1:03-7765  *04-580*
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
  C.A. No. 1:03-7955  *04-581*
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8008  *04-582*
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8202  *04-583*
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8274  *04-584*
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8278  *04-585*
*Martine Stansbery, Jr. v. AXA Financial, Inc.*, C.A. No. 1:03-8282  *04-586*
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.*,
  C.A. No. 1:03-8350  *04-587*
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
  C.A. No. 1:03-8372  *04-588*
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
  C.A. No. 1:03-8402  *04-589*
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8466  *04-590*
*Israel Grafstein v. AXA Financial, Inc., et al.*, C.A. No. 1:03-8685  *04-591*e
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8722  *04-592*
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.*, C.A. No. 1:03-8915  *04-593*
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
  C.A. No. 1:03-8981  *04-594*

**SCHEDULE G**

<u>MDL-1586 -- In re Mutual Funds Investment Litigation</u>


<u>Northern District of California</u>

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 3:03-4973
04-558

<u>Central District of California</u>

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249

<u>District of Colorado</u>

*Vivian Bernstein, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909
*John R. Lang, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1942 04-626
*William Silverman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1965 04-627
*Richard Kaufman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1966 04-628

<u>District of Delaware</u>

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*, C.A. No. 1:03-1023

<u>Northern District of Illinois</u>

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591
*Glen Robinson v. One Group International Equity Index Fund, et al.*, C.A. No. 1:03-6986 04-629
*Norman Maged v. One Group Technology Fund, et al.*, C.A. No. 1:03-7029 04-630

<u>District of Massachusetts</u>

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
    C.A. No. 1:03-12094
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12116
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12162
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175

<u>District of Massachusetts</u> (continued)

*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-12196
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214

<u>District of New Jersey</u>

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261
*Rhonda Vladimir v. Janus Capital Management LLC, et al.*, C.A. No. 2:03-4273
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384
*Robert K. Finnell, etc. v. Bank of America Corp., et al.*, C.A. No. 2:03-4446 *04-624*
*Herbert Morris v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514
*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724
*Robert Garfield, et al. v. Banc of America Capital Management, LLC, et al.*, *04-625*
  C.A. No. 2:03-4855
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
  C.A. No. 2:03-4962

<u>Eastern District of New York</u>

*Felicia Bernstein, etc. v. Alliance Capital Management Holding, LP, et al.*,
  C.A. No. 2:03-5087
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5345

<u>Southern District of New York</u>

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790
*Samuel T. Cohen v. National Capital Growth Fund, et al.*, C.A. No. 1:03-6847
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914
*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915
*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916
*Tom Torelli v. Strong Financial Corp., et al.*, C.A. No. 1:03-6969 *04-619*
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125

## SCHEDULE G (page 3)

<u>Southern District of New York</u> (continued)

*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218
*David Kuperschmid v. Strong Capital Management, Inc., et al.*, C.A. No. 1:03-7287 *04-614*
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333
*Nechama Tepfer v. Janus Capital Group, Inc.*, C.A. No. 1:03-7337
*Lori Reinhardt v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-7438 *04-613*
*Wathena Ann Forsee v. Janus Fund, et al.*, C.A. No. 1:03-7654 *04-615*
*James M. Archinaco v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7745 *04-616*
*Nada Hindo, et al. v. AllianceBernstein Growth & Income Fund*, C.A. No. 1:03-7765
*John Armentano v. Janus Fund, et al.*, C.A. No. 1:03-7766 *04-617*
*Isidore Zimmerman v. Thomas H. Bailey*, C.A. No. 1:03-7910 *04-618*
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-7955
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8008
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8202
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8274
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8278
*Martine Stansbery, Jr. v. AXA Financial, Inc.*, C.A. No. 1:03-8282
*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8323
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-8350
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8372
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8402
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8466
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8651
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683
*Israel Grafstein v. AXA Financial, Inc., et al.*, C.A. No. 1:03-8685
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8722
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.*, C.A. No. 1:03-8915
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8981

<u>Southern District of Ohio</u>

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818
*Pamela Dunlap v. One Group Technology Fund, et al.*, C.A. No. 2:03-916 *04-620*

## SCHEDULE G (page 4)

### Eastern District of Pennsylvania

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*,
  C.A. No. 2:03-5048
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354

### Eastern District of Wisconsin

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-862
*James Blevins v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-868
*Jenell Marie Halvorson v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 2:03-872  04-621
*Thomas R. Jones v. Strong Financial Corp., et al.*, C.A. No. 2:03-884
*Holly Painter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-895
*Congregation Ohel Torah v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-896  04-622
*Steve LeFavour, etc. v. Strong Financial Corp., Inc., et al.*, C.A. No. 2:03-897
*Jackson T. Ferris, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-998  04-623