**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **In Re Mutual Funds Investment Litigation** | **04-md-15861** |
| | **04-md-15862** |
| This Document Relates to All Tracks | **04-md-15863** |
| | **04-md-15864** |

---

**Defendants' Motion to Dismiss the ERISA Class Complaints**

Pursuant to Rules 8(a), 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the ERISA Defendants[1] move to dismiss all counts of all ERISA class actions filed in these consolidated actions.

In support of this Motion:

1. The ERISA Defendants will file within seven days (pursuant to leave granted by the Court) an omnibus memorandum of law in support of this Motion; and

2. Certain of the ERISA Defendants will file within seven days (pursuant to leave granted by the Court) supplemental memoranda and supporting affidavits or declarations.

WHEREFORE, the ERISA Defendants request:

1. That the ERISA Complaints in this MDL be dismissed with prejudice and without leave to replead;

2. Entry of judgment on their behalf;

3. Oral argument; and

4. Such other and further relief as the Court deems just and proper.

Respectfully submitted this 24th day of March, 2005.

/s Howard J. Kaplan

Howard J. Kaplan
Arkin Kaplan LLP
590 Madison Avenue
New York, New York 10022
Telephone: 212-333-0200
Facsimile: 212-333-2350
hkaplan@arkin-law.com

[1] The ERISA Defendants are listed on the signature page of this Motion.

*Attorneys for Defendant Richard S. Strong*

CLIFFORD CHANCE US LLP

By: /s/ Mark Holland
Mark A. Kirsch
Mark Holland
Wesley Powell
Mary K. Dulka
Anthony M. Candido
Margaret M. Snyder
31 West 52nd Street
New York, New York 10019
(212) 878-8000

*Attorneys for Defendants Alliance Capital Management Corporation, Alliance Capital Management Holding L.P. ,and Alliance Capital Management L.P.*

DEBEVOISE & PLIMPTON, LLP

/s/

Debbie Todres
Maeve O'Connor
Maura Monaghan
Robert N. Shwartz
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Counsel for AVZ, Inc., Amvescap Retirement, Inc., Amvescap National Trust Company, Invesco Funds Group, Inc., and Amvescap PLC*

/s/

Marc E. Kasowitz
Daniel J. Fetterman
John C. Canoni
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway

New York, New York 10019
(212) 506-1700

*Attorneys for Defendant Raymond R. Cunningham*

/s/
Mark A. Perry
Paul Blankenstein
Dustin K. Palmer
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Janus Capital Group Inc. and the Plan Advisory Committee*

Robert C. Myers
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019

*Attorney for the Board of Directors of Janus Capital Group Inc.*

Daryl P. Rains
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304

*Attorney for Charles Schwab Trust Company*

/s Stephen L. Knowles
Stephen L. Knowles
Gonzalez, Saggio & Harlan, L.L.P.
225 East Michigan, Fourth Floor
Milwaukee, Wisconsin 53202
Telephone: 414-277-8500
Facsimile: 414-277-8521
E-mail: steve_knowles@gshllp.com

*Attorneys for Defendant Strong Capital Management, Inc.*

/s/

James C. Rehnquist, Esq.
Abigail K. Hemani, Esq.
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Attorneys for Jeffrey L. Shames*

/s/

Kiran H. Mehta
Sara W. Higgins
KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: (704) 331-7400
Fax: (704) 353-3210
E-mail: shiggins@kennedycovington.com

*Attorneys for Bank of America Corporation, Bank of America Corporation Corporate Benefits Committee, Kenneth D. Lewis, O. Temple Sloan, Jr., Paul Fulton, Meredith R. Spangler, Virgil Williams and Kathy Dugan*

/s/ David Dinielli

Brad Brian
David Dinielli
Kate Anderson
Özge Guzelsu
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: 213-683-9100
Fax: 213-687-3702

*Attorneys for AXA Financial, Inc.*

/s/

Robert N. Eccles
Gary S. Tell
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300

Matthew P. Eastus
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(213) 430-6000

*Counsel for Defendants Marsh & McLennan Companies, Inc., Marsh & McLennan Companies, Inc. Stock Investment Plan Committee, Putnam Investments Trust, Putnam Investments, LLC, J.W. Greenberg, Sandra S. Wijnberg, Sandra Wright, William L. Rosoff, and Francis N. Bonsignore*

/s/

PAUL, WEISS, RIFKIND, WHARTON GARRISON LLP
Daniel J. Kramer
Liza M. Velazquez
Andrea J. Prasow
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Bank One Corporation, Bank One Trust Company, N.A., James Dimon and Donald A. Hoy*

/s/

William H. Paine, Esq.
Jonathan A. Shapiro, Esq.
Edward E. Hale, Jr., Esq.
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Massachusetts Financial Services Company, Massachusetts Financial Services Corporation Retirement Committee, Joseph W. Dello Russo, and Eric Burns*