IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION<br><br>This Document Relates To:<br>In re Pilgrim Baxter<br>    04-md-15862-04 | MDL 1586<br>Case No. 04-MD-15862-04<br>(Judge Andre M. Davis) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in the above captioned case for the following defendants:

1. Pilgrim Baxter & Associates, Ltd. (n/k/a Liberty Ridge Capital, Inc.)

2. Old Mutual Investment Partners (f/k/a PBHG Fund Distributors)

3. Old Mutual Fund Services (f/k/a PBHG Fund Services)

4. PBHG Shareholder Services, Inc. (n/k/a Mutual Shareholder Services, Inc.)

Date:  September 14, 2007          Respectfully submitted,

                                   SHEARMAN & STERLING LLP


                                   _____/s/_____
                                   Ashley W. Walker
                                   801 Pennsylvania Avenue NW
                                   Washington D.C. 20004
                                   Tel:  (202) 508-8000
                                   Fax:  (202) 508-8100
                                   ashley.walker@shearman.com