IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| This document relates to: | Case No. 04-MD-15862 |
| The Pilgrim Baxter Sub-Track 04-MD-15862-4 | (Judge Andre M. Davis) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BARBARA VAN GORDER

Barbara Van Gorder of Goulston & Storrs hereby withdraws her appearance in the above-captioned matter previously entered on behalf of Old Mutual plc and Old Mutual (US) Holdings, Inc., in this matter.

Joshua M. Davis and Richard J. Rosensweig, will continue to represent Old Mutual plc and Old Mutual (US) Holdings, Inc., in this matter.

Respectfully submitted,

Barbara Van Gorder (BBO #640483)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

Dated: October 3, 2008

GSDOCS\1862735