# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

IN RE MUTUAL FUNDS INVESTMENT LITIGATION,

THIS DOCUMENT RELATES TO:

MDL No. 1586

Carey v. Pilgrim Baxter & Assoc., Ltd., et al.

Nos:  04-CV-01151
      04-CV-00575
      04-MD-00578

Pfeiffer v. Alliance Capital Mgmt. L.P., et al.

Bernstein v. Alliance Capital Mgmt. Holdings, L.P., et al.

## [PROPOSED] INVESTOR CLASS ORDER

For the reasons stated in the Court's April 26, 2006 teleconference and the Investor

Class Opinion and Order in the *Janus* Subtrack, filed November 3, 2005, it is, this 11 day of

March , 2009,

ORDERED:

1. All claims are dismissed against Citigroup Inc., Citigroup Global Markets

Holdings Inc. (f/k/a Salomon Smith Barney Holdings Inc.), and Citigroup Global Markets Inc. (f/k/a

Salomon Smith Barney Inc.), with prejudice and without leave to amend.

/s/

Andre M. Davis
United States District Judge