IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | ) ) ) | MDL-1586 |
| | ) | Case No. 04-md-15862 |
| Bank of America sub track: Parent derivative actions | ) ) ) | |
| | ) ) ) | |
| Lead Case: | ) | |
| Solvibile, et al | ) ) | |
| v. | ) ) | Lead Case No. 04-cv-0850 |
| Belk, et al | ) ) ) | |

ORDER

The Amended Verified Derivative Complaint in these actions is hereby dismissed with prejudice.

March 13, 2009            __/s/_____
                          The Honorable Andre M. Davis
                          United States District Judge