IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION <br><br> ─────────────────────────── <br><br> This document relates to: <br><br> The Pilgrim Baxter Sub-Track <br>     04-MD-15862-4 | MDL 1586 <br><br> Case No. 04-MD-15862 <br><br> (Judge Andre M. Davis) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF RICHARD J. ROSENSWEIG

Richard J. Rosensweig of Goulston & Storrs P.C. hereby withdraws his appearance in the above-captioned matter previously entered on behalf of Old Mutual plc and Old Mutual (US) Holdings, Inc.

Joshua M. Davis will continue to represent Old Mutual plc and Old Mutual (US) Holdings, Inc., in this matter.

Respectfully submitted,

_/s/ Richard J. Rosensweig_
───────────────────────────
Richard J. Rosensweig
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone:  (617) 482-1776
Facsimile:  (617) 574-4112

Dated:  April 1, 2009

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2009, I caused to be served a true and correct copy of the attached Notice of Withdrawal of Appearance of Richard J. Rosensweig upon all counsel of record via the electronic case filing system in accordance with the Federal Rules of Civil procedure.

_____
Richard J. Rosensweig

GSDOCS\1904705