IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION<br><br>This Document Relates To:<br>In re Pilgrim Baxter, 04-md-15862-04<br><br>STEPHEN CAREY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PILGRIM BAXTER & ASSOCIATES, LTD., et al.,<br><br>Defendants. | MDL 1586<br>Case No. 04-md-15862<br>(Judge Andre M. Davis)<br><br>04-1151 |

## ▓▓▓▓▓ INVESTOR CLASS ORDER

For the reasons stated in the Investor Class Opinion in the *Janus* subtrack, Judge Motz's November 3, 2005 letter outlining general implementing instructions, and pursuant to the Court's instructions during the April 26, 2006 conference call with counsel, it is, this 12th day of May, 2009:

ORDERED:

1. All claims are dismissed against SEI Investments Distribution Co., Inc., with prejudice and without leave to amend.

                                                                   /s/ Andre M. Davis
                                                                   Andre M. Davis
                                                                   United States District Judge