IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Davis) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* | Case No. 04-md-1310 |

## LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

The Court-appointed Lead Plaintiff, the Deferred Compensation Plan for Employees of Nassau County ("Plaintiff"), respectfully moves, pursuant to Fed. R. Civ. P. 15(a)-(c), for leave of this Court to file a Second Consolidated Amended Class Action Complaint (the "Second Amended Complaint").[1]

As set forth in the accompanying memorandum of law, the proposed Second Amended Complaint is submitted, *inter alia*, (i) to conform the pleadings to the evidence uncovered during discovery in this action, (ii) to conform the pleadings to the Court's Investor Class Order on

---

[1]   A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A, and a redlined copy comparing the proposed Second Amended Complaint to the prior Consolidated Amended Class Action Complaint (the "CAC") is attached hereto as Exhibit B.  Both exhibits are filed under seal, pursuant to Plaintiff's motion, due to the designation by Defendants of certain documents and deposition testimony cited therein as "confidential" or "highly confidential."

defendants' motions to dismiss, dated June 27, 2008 (the "Investor Class Order"), including

dropping several parties and claims; (iii) in response to defendants' Answer filed January 5,

2009; (iv) taking into consideration other opinions recently issued in other subtracks in this

litigation; and (v) pursuant to tolling agreements entered into between Plaintiff and certain

defendants in conjunction with recently executed or imminent settlement agreements, among

other reasons.

No new parties have been added in the Second Amended Complaint; rather, a number of

parties and claims have been eliminated in the proposed amended pleading.

Plaintiff has sought the consent of all parties to the filing of the Second Amended

Complaint. Only the Franklin Templeton Defendants have refused to give consent.

Dated: June 16, 2009

WOLF POPPER LLP

By: _____/s/_____
Robert M. Kornreich
Chet B. Waldman
Andrew E. Lencyk
845 Third Avenue
Telephone: (212) 759-4600
Fax: (212) 486-2093

*Counsel for Lead Plaintiff, the Deferred*
*Compensation Plan for Employees*
*of Nassau County*

Doc. 164260                                        2

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Davis) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* | Case No. 04-md-1310 |

## SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

[THIS DOCUMENT HAS BEEN REDACTED BECAUSE IT CONTAINS INFORMATION DESIGNATED AS HIGHLY CONFIDENTIAL OR CONFIDENTIAL PURSUANT TO THE COURT'S CONFIDENTIALITY ORDER. THE COMPLETE DOCUMENT HAS BEEN FILED UNDER SEAL.]

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Davis) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* | Case No. 04-md-1310 |

## SECOND CONSOLIDATED AMENDED CLASS ACTION
## COMPLAINT [RED-LINED VERSION]

[THIS DOCUMENT HAS BEEN REDACTED BECAUSE IT CONTAINS INFORMATION DESIGNATED AS HIGHLY CONFIDENTIAL OR CONFIDENTIAL PURSUANT TO THE COURT'S CONFIDENTIALITY ORDER. THE COMPLETE DOCUMENT HAS BEEN FILED UNDER SEAL.]