IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (JFM) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* | Case No. 04-cv-1310 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Daniel A. Pollack, Edward T. McDermott and Anthony Zaccaria and the firm of Pollack & Kaminsky, hereby withdraw their appearance as attorneys for the Franklin Defendants* in the above-captioned matter.

PLEASE ENTER THE APPEARANCE of Daniel A. Pollack, Edward T. McDermott and Anthony Zaccaria and the firm of McCarter & English, LLP as attorneys for the Franklin Defendants in the above-captioned matter.

| **Pollack & Kaminsky** | **McCarter & English, LLP** |
|---|---|
| s/Daniel A. Pollack<br>Daniel A. Pollack<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>(212) 575-4700<br><br>Dated: October 1, 2009 | s/Daniel A. Pollack<br>Daniel A. Pollack (dpollack@mccarter.com)<br>Edward T. McDermott (emcdermott@mccarter.com)<br>Anthony Zaccaria (azaccaria@mccarter.com)<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>(212) 609-6800<br><br>Dated: October 1, 2009 |

\* "The Franklin Defendants" are Franklin Resources, Inc., Franklin Advisers, Inc., Franklin Templeton Distributors, Inc., Franklin Templeton Alternative Strategies, Inc. and Gregory E. Johnson.

ME1 9068332v.1