IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Motz) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* | Case No. 04-md-1310 |

**[PROPOSED] ORDER GRANTING MOTION TO FILE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT UNDER SEAL**

Plaintiff's Motion to File the Second Consolidated Amended Class Action Complaint under seal is hereby GRANTED.

_____
JUDGE J. FREDERICK MOTZ

Doc. 166402