**BAILEY & GLASSER**LLP

Lawyers
Internet www.baileyglasser.com
Phone (202) 463-2101    Fax (202) 463-2103

910 17th St. NW  Suite 800
Washington, DC 20006

January 21, 2010

**Via U.S. Mail**

The Hon. J. Frederick Motz
United States District Court
 for the District of Maryland
101 W. Lombard St.
 Baltimore, MD 21201

    Re:    **MDL-15862-JFM-*In re Mutual Funds Investment Litigation* (Bank of America sub-track) (D. Md.)**

Dear Judge Motz:

    I write on behalf of Plaintiffs in an action brought in the U.S. District Court for the Western District of North Carolina (*David v. Alphin*, Case No. 3:07-cv-00011-RJC-DLH) against Bank of America Corporation and related parties. We filed a motion to intervene in the Bank of America sub-track of the instant case on June 11, 2009 (Dkt. No. 1212). That motion is currently pending before the Court. We filed the motion because we are concerned that a settlement of an action pending in this sub-track filed by Katrina McKoy against Bank of America (Dkt. No. 293) may purport to settle claims brought in the North Carolina action.

    I am writing now because a schedule of settlement proceedings filed on the docket (Dkt. No. 1249) indicates that on January 28, 2010 there will be a conference in the Courthouse regarding "any remaining issues concerning settlements." Our pending motion to intervene is a remaining issue concerning the settlement. We respectfully request the Court to rule on that motion before settlement proceedings progress further.

The Hon. J. Frederick Motz
January 21, 2010
Page 2

    It is not our present intent to appear at the January 28 conference, but we will appear if the Court wants us there.

                                      Respectfully submitted,

                                      Gregory Y. Porter.

CC (via ecf): Counsel of record