IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Motz) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, et al. | Case No. 04-md-1310 |

**THE FRANKLIN TEMPLETON DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Franklin Templeton Defendants[1] move, pursuant to Rule 56 Fed. R. Civ. P., for an order granting them partial summary judgment on the claims under Rule 10b-5 as to non-arranged market-timing in the Investor Class Action. In support of the motion, the Franklin Templeton Defendants submit the accompanying (i) Memorandum of Law in Support of Partial Summary Judgment, (ii) Transmittal Affidavit of Daniel A. Pollack, together with Appendix of Exhibits, and (iii) the Affidavits of Thomas P. Johnson and Alison Baumann in Support of the Motion.

Dated: New York, New York
March 24, 2010

---

[1] The Franklin Templeton Defendants are: Franklin Resources, Inc., Franklin Advisers, Inc., Franklin/Templeton Distributors, Inc., Franklin Alternative Strategies, Inc., Franklin Strategic Series, Inc., and Gregory E. Johnson.

ME1 9731219v.1

McCARTER & ENGLISH, LLP

By: /s/ Daniel A. Pollack
Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
245 Park Avenue, 27th Fl.
New York, NY 10167
Tel.: (212) 609-6800
Fax: (212) 609-6921

*Counsel for Franklin Templeton Defendants*