UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 30, 2010

Re: MDL-1586 – *In re Mutual Funds Investment Litigation*

Dear Counsel:

    This will confirm recent modifications to the schedule originally set during the conference held on December 14, 2009. The modified schedule is as follows:

| | |
|---|---|
| April 21, 2010 | Deadline for filing motions for preliminary approval of class action settlements |
| May 7, 2010<br>9:30 a.m. | Hearing on motions for preliminary approval of class action settlements |
| October 1, 2010<br>10:00 a.m. | Hearing on motions for final approval of class action settlements |

    As explained in our January 4, 2010 correspondence, Judge Blake and I understand that you will work out among yourselves a proposed schedule concerning the filing of motions for final approval of class action settlements and related documents. Additionally, we expect to remain in communication with one another as to whether we will need to schedule more than one day, on or around October 1, 2010, for the hearing on the motions for final approval.

Very truly yours,

Judge J. Frederick Motz