**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION<br><br>Bank of America/Nations sub-track | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL-1586<br><br>Case No. 04-md-15862 |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
PROPOSED CLASS, DERIVATIVE AND ERISA SETTLEMENTS**

PLEASE TAKE NOTICE that on May 7, 2010, or as soon thereafter as counsel may be heard, Lead Plaintiff Retirement Design and Management, Inc., Plaintiff D.M. Griffith, Plaintiff Katrina McKoy and Derivative Plaintiff Robert K. Finnell, will move before the Honorable J. Frederick Motz, U.S.D.J., at the Federal Courthouse, 101 W. Lombard Street, Baltimore, MD 21201, for an order pursuant to Federal Rule of Civil Procedure 23(e) and 23.1 for preliminary approval of proposed Class, Derivative and ERISA settlements, approval of the forms of notice, preliminary certification of the Classes and other matters related to issuing notice to the Classes.

PLEASE TAKE FURTHER NOTICE that the instant motion is supported by a memorandum of law, the Declaration of Lawrence A. Sucharow (with annexed exhibits) and a [Proposed] Preliminary Approval Order Providing for Notice and Hearing in Connection With Proposed Class, Derivative and ERISA Settlements (with annexed exhibits), which are being filed herewith.

Dated:  April 21, 2010

                                              **LABATON SUCHAROW LLP**

                                              /s/ Lawrence A. Sucharow
                                              Lawrence A. Sucharow, Esq.
                                              *(signed by Lawrence A. Sucharow with permission
                                              of counsel listed below)*

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

**BERNSTEIN LIEBHARD LLP**

U. Seth Ottensoser, Esq.
Stephanie Beige, Esq.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414

**Co-Lead Counsel for the Nations Fund and Canary Classes**

**WECHSLER HARWOOD LLP**


/s/ Robert Harwood
Robert Harwood, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

**Lead Counsel for ERISA Class**

**WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ**

/s/ Mark C. Rifkin
Mark C. Rifkin, Esq.
270 Madison Avenue
New York, NY 10016
Telephone (212) 545-4600

**Lead Counsel for Derivative Plaintiffs**