UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 14, 2010

Re: MDL-15862 - *In re Mutual Funds Investment Litigation*, Franklin Templeton Subtrack

Dear Counsel:

This letter confirms the adjusted briefing schedule for the Franklin Templeton Defendants' ("FT Defendants") Motion for Partial Summary Judgment and the Plaintiffs' Cross-Motion for Summary Judgment. The deadlines are as follows:

| | |
|---|---|
| June 4, 2010 | Plaintiffs' Cross-Motion for Summary Judgment and Opposition to FT Defendants' Motion for Partial Summary Judgment |
| July 16, 2010 | FT Defendants' Reply regarding their Motion for Partial Summary Judgment and FT Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment |
| August 13, 2010 | Plaintiffs' Reply regarding their Cross-Motion for Summary Judgment |

Very truly yours,

J. Frederick Motz
United States District Judge