**Appendix of Exhibits**
**Related to the Settlements of the Alliance Sub-Track**

- **Exhibit 1**   Affidavit of Eric Schachter Regarding the Mailing of the Notice

- **Exhibit 2**   Declaration of Stephen J. Cirami Concerning Compliance with the Publication Components of the Notice Programs

- **Exhibit 3**   Copy of Letter from James Dinsick dated July 20, 2010

- **Exhibit 4**   Affidavit of David Kessler in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Barroway Topaz Kessler Meltzer & Check, LLP

- **Exhibit 5**   Affidavit of Lawrence Deutsch in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Berger & Montague, P.C.

- **Exhibit 6**   Affidavit of Clifford S. Goodstein in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Milberg LLP

- **Exhibit 7**   Affidavit of H. Adam Prussin in Support of Joint Petition for Approval of Settlement and Award of Attorneys' Fees and Reimbursement of Attorneys' Expenses (which attaches affidavits from other derivative counsel requesting fees and expenses in the Alliance Sub-track)

- **Exhibit 8**   Affidavit of Samuel K. Rosen in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Harwood Feffer LLP

- **Exhibit 9**   Unpublished Opinions