IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | ) ) ) | MDL No. 1586 |
| This Document Relates To: *Pilgrim Baxter Sub-Track,* 04-md-15862-04 | ) ) ) ) ) | Case No. 04-MD-15862-04 (Hon. J. Frederick Motz) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS AND PLAN OF ALLOCATION IN THE PILGRIM BAXTER SUB-TRACK**

Court-appointed Lead Plaintiff in the Class Action, the Ohio Public Employees Deferred Compensation Plan ("Class Lead Plaintiff"), on behalf of itself and all members of the Settlement Class; and plaintiffs Chuck Hall, Korshed Jungalawala, Risa Schneps, Katherine Simpkins and James Cohen, acting on behalf of the mutual funds that are successors to PBHG Funds Inc. (the "Funds") in the Derivative Action (collectively, the "Derivative Plaintiffs," and together with Class Lead Plaintiff, the "Plaintiffs"), respectfully move this Court, under Rules 23(e) and 23.1 of the Federal Rules of Civil Procedure, for final approval of their respective proposed settlements of class and derivative claims pending in the Pilgrim Baxter sub-track of MDL-1586 - *In re Mutual Funds Investment Litigation* (the "MDL") (the "Settlements") and final approval of the proposed plan of allocation of the settlement proceeds in the Pilgrim Baxter sub-track.

The grounds for this motion are set forth in the accompanying (i) Plaintiffs' Memorandum Of Law In Support Of Final Approval Of The Settlements And Plan Of Allocation In The Pilgrim Baxter Sub-Track; (ii) Declaration of Chad Johnson, William C. Fredericks and Jerald Bien-Willner in Support of Final Approval of Proposed Settlements, Plan of Allocation of Settlement Proceeds, and Application for Attorneys' Fees and Reimbursement of Litigation Expenses in the Pilgrim Baxter Sub-Track, and all exhibits thereto; (iii) the declaration of

counsel for the Derivative Plaintiffs; and (iv) Plaintiffs' Omnibus Memorandum Of Law In Support Of Final Approval Of The Proposed Settlements And Plans Of Allocation; all other papers and proceedings in these Actions; and such oral argument at the Court may permit.

A proposed Order and Final Judgment with respect to each Settlement and a proposed Order with respect to the plan of allocation will be submitted prior to the Settlement Hearing.

DATED:  September 14, 2010          Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

 /s/ *Chad Johnson*
Chad Johnson
William C. Fredericks
Jerald Bien-Willner
John J. Mills
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

*Lead Counsel for the Class Lead Plaintiff and the Settlement Class*

**CHIMICLES & TIKELLIS LLP**
Nicholas E. Chimicles, Esq.
Denise Davis Schwartzman, Esq.
Timothy N. Mathews, Esq.
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:  (610) 642-8500

*Fund Derivative Counsel*

BLBG #478902.1

2