IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge J. Frederick Motz) |
| [Franklin Templeton Subtrack] | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* | Case No. JFM-04-1310 |

ORDER

For the reasons stated in the Opinion being entered herewith, it is, this 9th day of December, 2010,

ORDERED:

1. Defendants' motion for partial summary judgment is granted;

2. Plaintiff's motion for partial summary judgment is denied; and

3. Judgment is entered in favor of defendants Franklin Resources Inc., Franklin Advisers Inc., Franklin/Templeton Distributors Inc., Franklin Alternative Strategies Inc., Franklin Strategic Series Inc., Gregory E. Johnson, and William N. Post II as to the claims for non-arranged market timing.

/s/
J. Frederick Motz
United States District Judge