UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

December 9, 2010

MEMO TO COUNSEL RE:  Mutual Funds Investment Litigation, MDL 1586
Franklin Templeton Subtrack, 04-md-15862
Civil No. JFM -04-1310

Dear Counsel:

    A conference call will be held on December 21, 2010 at 5:00 p.m. to discuss the appropriate schedule in this case.  I ask counsel for plaintiff to initiate the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge