Chet B. Waldman, Esq.

Andrew E. Lencyk, Esq.

WOLF POPPER LLP

845 Third Avenue

New York, NY 10022


Don Sturek

1142 San Lori Lane

El Cajon, CA


RE:  Mutual Funds Investment Litigation, Franklin Templeton Sub-Track


Please include me in the settlement (since you managed to waste my time creating this note in response) and please take the following objection from me to the settlement:

1) The settlement should be an opt in (not an opt out if you don't respond to your junk mail circular)
2) If someone opts in, then they should be included in the monetary pay out automatically (not how you have it presently where everyone except your original client list must send in a bunch of paperwork which ensures you guys get paid, your clients get paid a little and most of the other investors you "represent" get little or nothing while you pad the list of "represented clients").
3) Those people who ignore your junk mail circular announcing this waste of time lawsuit should be considered "Opted OUT" not "Opted IN".

Note to the court: Please stop these types of outrageous settlements. I know the plaintiffs and the opposing attorneys like them because: 1) the plaintiff attorney's get rich and their clients get a bit more cash than if they complained just by themselves and 2) the opposing attorney likes it because they drag in everyone else who may have a future claim and wipe out their right to sue later. However, these agreements are a JOKE for the following reason: 1) Plaintiff attorney's DO NOT REPRESENT ME or anyone else who gets the junk mail circulars and does not respond according to the convoluted instructions  2) If I don't respond to their junk mail then I lose my rights while the plaintiff attorney counts me as one of their representative clients (someone someday will file a lawsuit over this fraudulent practice)  3) I want to maintain my rights but the only way to do this is to opt in to this JOKE of a lawsuit and JOKE of a settlement just to complain about it!

Hope this thing drags on forever and none of you get paid!

Sincerely,

Don Sturek