IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION _____ | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER _____ | Case No. 04-md-15862 (Judge Motz) |
| [Franklin Templeton Subtrack] _____ | |
| Sharkey IRO/IRA v. Franklin Resources, *et al.* _____ | Case No. 04-md-1310 |

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of 18 years, am not a party to this action, and that on October 14, 2011, I caused to be served, via first-class mail, postage prepaid, copies of Class Lead Plaintiff's Reply Memorandum In Further Support Of Final Approval Of Stipulation And Releases And Third Party Settlements, Plan Of Allocation, Class Certification, And Award Of Attorneys' Fees, Lead Plaintiff Award, And Reimbursement Of Expenses, And In Response To The Objections Of Fred And Frances Smith Of The Competitive Enterprise Institute, Pamela Sweeney, And Don Sturek, together with Exhibit A thereto, on the parties listed below:

| | | |
|---|---|---|
| Fred L. Smith and Frances B. Smith 2039 New Hampshire Ave. NW Apartment 206 Washington, DC 20009-3414 | Pamela A. Sachtjen Sweeney 5763 Golden Terrace Madison, WI 53711 | Don Sturek 1142 San Lori Lane El Cajon, CA 92019 |

1

and on all other parties of record by ECF filing.

Dated:  October 14, 2011

     /s/  Andrew E. Lencyk
Andrew E. Lencyk
Wolf Popper LLP
845 Third Avenue
Telephone:  (212) 759-4600

*Counsel for Lead Plaintiff, the Deferred
Compensation Plan for Employees
of Nassau County, and the Investor Class Plaintiffs*

2