UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 6, 2011

MEMO TO COUNSEL RE:  Mutual Funds Investment Litigation

Franklin Templeton Subtrack Fund Derivative Action
McAlvey v. Franklin Resources – JFM-04-1274

Putnam Subtrack Fund Derivative Action
Zuber v. Putnam – JFM-04-564

Dear Counsel:

In light of the Fourth Circuit decision in *Steinberg v. Janus Capital Management*, please provide me with a status report on or before December 29, 2011.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge