IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Motz) |
| [Franklin Templeton Subtrack] | |
| *McAlvey et al. v. Franklin Resources, et al.* | Case No. 04-cv-01274 |

## STIPULATION OF DISMISSAL

The above-titled action (including all actions transferred and/or consolidated hereunder) is/are hereby dismissed on the merits, with prejudice, and without costs.

Dated: December 20, 2011

CHIMICLES & TIKELLIS LLP

By: _____
Nicholas E. Chimicles
Timothy N. Mathews
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
Tel. (610) 642-8500

*Counsel for Fund Derivative Plaintiffs*

ME1 12670868v.1

McCARTER & ENGLISH, LLP

By: /s/ Daniel A. Pollack
Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
245 Park Avenue, 27th Floor
New York, NY 10167
Tel. (212) 609-6800

*Counsel for Franklin Templeton Defendants*

So Ordered:

_____
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 DEC 22 P 2: 02
CLERK'S OFFICE
AT BALTIMORE
BY___ DEPUTY

ME1 12670868v.1