IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN TEMPLETON, BANK OF AMERICA/NATONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Motz) |
| [Franklin Templeton Subtrack] | |
| *Hedi Hertz v. Harmon Burns, et al.* | Case No. 04-cv-1624 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Hedi Hertz voluntarily dismisses without prejudice the above-entitled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED:  January 18, 2012

Respectfully submitted,

TYDINGS & ROSENBERG LLP

_____/s/_____
John B. Isbister
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
(410) 752-9700

Joshua M. Lifshitz
BULL & LIFSHITZ, LLP
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile:   (212) 213-9405
jml@nyclasslaw.com

*Attorneys for Plaintiff Hedi Hertz*