

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

January 18, 2012

Daniel A. Pollack
T. 212.609.6900
F. 212.645.0706
DPollack@mccarter.com

E-FILED and BY FEDERAL EXPRESS

Honorable J. Frederick Motz
United States District Judge
USDC - District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: <u>MDL 1586, Franklin Templeton Sub-Track</u>

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

Dear Judge Motz:

Within minutes of our filing the letter seeking the intervention of the Court in the Franklin Parent Derivative Action, Counsel for Plaintiff filed a purported Notice of Voluntary Dismissal Without Prejudice. This is nothing more than an attempted "end run" around the Federal Rules of Civil Procedure.

Rule 23.1(c) clearly provides that a derivative action may be voluntarily dismissed "only with the court's approval." No approval was sought by Counsel for Plaintiff, nor should approval be granted if sought. We ask that Your Honor decline to recognize the purported "Notice" because this action should be dismissed *with* prejudice, not without prejudice.[1]

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

It is hornbook law that the plaintiff in a derivative action must be a shareholder, and must make pre-suit demand before instituting a derivative action (or allege, with specificity, the reasons for not making such a demand). To the best of our knowledge, Hedi Hertz is not a shareholder of Franklin Resources, Inc. nor, of course, did she make pre-suit demand or satisfactorily allege "futility" of demand.

STAMFORD

WILMINGTON

---

[1] I had correspondence with Counsel for Plaintiff (Mr. Lifshitz) earlier today (before he filed his purported "Notice") in which we explicitly rejected his proposal of a voluntary dismissal without prejudice.

ME1 12855380v.1

Hon. J. Frederick Motz
January 18, 2012
Page 2


This attempt by Counsel for Plaintiff to wriggle out from under a dismissal *with* prejudice should not be recognized or countenanced by this Court in these circumstances. This case should be brought to an end, *with* prejudice, once and for all. We renew our request for a telephone conference with the Court.

Respectfully,

*Daniel A. Pollack*

Daniel A. Pollack
Counsel for Franklin Templeton Defendants


cc: Joshua Lifshitz, Esq.
    Counsel for Plaintiff in the
      Parent Derivative Action

   John B. Isbister, Esq.

ME1 12855380v.1