IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15862 (Judge Motz) |
| [Franklin Templeton Subtrack] | |
| *Hedi Hertz v. Harmon Burns, et al.* | Case No. 04-cv-1624 |

## STIPULATION OF DISMISSAL

The above-titled action is hereby dismissed on the merits, with prejudice, and without costs.

Dated:  February 2, 2012

                      BULL & LIFSHITZ, LLP

                      By: _____
                          Peter D. Bull
                          Joshua M. Lifshitz
                      18 East 41st Street
                      New York, NY 10017
                      Tel.: (212) 213-6222

                      *Attorneys for Plaintiff*

ME1 12818574v.1

McCARTER & ENGLISH, LLP

By: /s/ Daniel A. Pollack
Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
245 Park Avenue, 27th Floor
New York, NY 10167
Tel.: (212) 609-6800

*Counsel for Franklin Templeton Defendants*

So Ordered:

_____
U. S. D. J.