

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

February 2, 2012

Daniel A. Pollack
T. 212.609.6900
F. 212.645.0706
DPollack@mccarter.com

*By Electronic Filing*

Honorable J. Frederick Motz
United States District Judge
USDC - District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

Re: <u>MDL 1586, Franklin Templeton Sub-Track</u>
     (Parent Derivative Case)

Dear Judge Motz:

Mr. Lifshitz has now signed the Stipulation of Dismissal With Prejudice, filed electronically a few minutes ago. I would be very grateful if Your Honor would "So Order" the Stipulation, thus bringing to a close MDL 1586 for Franklin Templeton.

Respectfully,

BOSTON

*Daniel A. Pollack*

HARTFORD

Daniel A. Pollack
Counsel for Franklin Templeton Defendants

NEW YORK

NEWARK

cc: Counsel for Plaintiff
    (by e-mail)

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12937340v.1