United States District Ct. of Maryland
101 W Lombard St  Courtroom 1A
Baltimore, MD 21801

April 15th, 2012

Claimants/Beneficiaries:
Debra A Willard; Alicia B Holmes;
Michelle B Holmes, Douglas Holmes

Re: Miscm listed Claimants     Elisa Class
"(have) not received any"
Settlement funds concerning (MDL Docket #1586,
Case nos., #1:04 md-15862 (AMO), #1:07-CV-5087E D.N.Y.,
"03 Civ. 7725 (S.D.N.Y.)," 1:04-CV-0086 (S.D.N.Y.),
as so directed by this Honorable Court

Dear Court Clerk,

My Grace Sisters, and I, am
beneficiaries to our late father estate,
Mr. Douglas D. Holmes Sr., who lost
thousands of dollars due to the illegal
activities of Alliance Bernstein, during
these periods in question.

FILED ___  ENTERED ___
LOGGED ___  RECEIVED ___
APR 20 2012
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

p. 2,

We were purportedly members of the class action settlement approved by this Court, however, we have not received any funds from the settlement. (ERISA Class).

We have patiently awaited, for a few years now the funds due to us on behalf of our late Father. We have gotten the run-around by those who are responsible for issuing the settlement funds, we have been made several promises as well, but, to (no) avail.

This is unfair, as we are entitled to our portion of those settlement funds, plus interest, (inter alia).

con't,

Thank you, can you please assist my Family in ascertaining our portion of the Settlement funds entitled us, or in the alternative direct me in which direction I might need to take in order to gain some answers as to why we have not gotten our portion of those funds.

Thank you in advance for your time and consideration regarding this matter. Any response to this correspondence will be greatly appreciated.

Most Sincerely Submitted,

Mr. Douglas D. Holmes Jr.