IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS | * |
| INVESTMENT LITIGATION | * MDL-04-15861 |
| | * MDL-04-15862 |
| | * MDL-04-15863 |
| | * MDL-04-15864 |

*****

ORDER

The docket reflecting that there has been no activity in these cases for an extended period of time, it is this /6 th day of July 2012,

ORDERED that unless counsel show good cause to the contrary within 50 days, the cases below will be administratively closed:

- 04-506, *Morris v. Janus Capital Mgmt., LLC*
- 04-514, *Bailey v. Janus Capital Mgmt., LLC*
- 04-521, *Tsetsekos v. Janus Capital Grp.*
- 04-533, *Jones v. Strong Financial Corp.*
- 04-559, *Starr v. Putnam Inv. Mgmt., Inc.*
- 04-566, *Dubin v. Putnam Inv. Mgmt., LLC*
- 04-837, *Yameen v. Putnam Inv. Mgmt., LLC*
- 04-840, *Clement v. Putnam Voyager Fund*
- 04-841, *Ioakim v. Putnam Inv. Mgmt., LLC*
- 04-842, *Marks v. Putnam OTC & Emerging Growth Fund*
- 04-845, *Baseman v. Putnam Inv. Mgmt., LLC*
- 04-846, *Puleo v. Putnam Funds*
- 04-859, *Logue v. Calvert*
- 04-866, *Ira v. Janus Capital*
- 04-872, *Vladimir v. Janus Capital Mgmt., LLC*
- 04-875, *Duke v. Janus Capital Mgmt., LLC*
- 04-900, *Schales v. Alliance Capital Mgmt. Holding, L.P.*
- 04-917, *Herman S. and Esperanza A. Drayer Residual Trust U/A 4/22/83 v. Federated Investors, Inc.*
- 04-929, *Ruchka v. Am. Skandia Advisor Funds, Inc.-federated High Yield Bond Fund*
- 04-930, *Jannett v. Am. Skandia Advisor Funds, Inc.*

- 04-931, *Steinberg v. Am. Skandia Advisor Funds, Inc.-federated High Yield Bond Fund*
- 04-932, *Abraham v. Federated Investors, Inc.*
- 04-933, *Feder v. Federated Investors, Inc.*
- 04-934, *Schneps v. Federated Inv. Mgmt. Co.*
- 04-935, *Michlik v. Federated Investors, Inc.*
- 04-1159, *Bilski v. Aim Int'l Funds, Inc.*
- 04-1279, *Volin v. Janus Capital Grp., Inc.*
- 04-1283, *Segel v. Putnam Funds*
- 04-1284, *Denenberg v. Putnam Inv. Mgmt., Inc.*
- 04-1292, *Li v. Carifa*
- 04-1295, *Wood v. Marsh & McLennan Cos., Inc.*
- 04-1444, *Tether v. Capital Mgmt. Investors Holdings, Inc.*
- 04-1445, *Blum v. Sec. Trust Co.*
- 04-1446, *Cafasso v. Capital Mgmt. Investors Holdings, Inc.*
- 04-1447, *Iurlano v. Capital Mgmt. Investors Holdings, Inc.*
- 04-1448, *Curtis v. Capital Mgmt. Investors Holdings, Inc.*
- 04-1449, *Herrmann v. Capital Mgmt. Investors Holdings, Inc.*
- 04-1461, *Roberts v. Pilgrim Baxter & Assocs., Ltd.*
- 04-1614, *Kaplan v. Calugar*
- 04-1615, *Christman v. Calugar*
- 04-1619, *Casey v. Federated Global Inv. Mgmt. Corp.*
- 04-1770, *Klein v. Hill*
- 04-1771, *Wiegand v. Hill*
- 04-1873, *Frederic Ian Fischbein PC Amended/Restated Employee Benefit Trust Dated 12/1/84 v. Marsh & McLennan Cos., Inc.*
- 04-1929, *Lagoni v. Calugar*
- 04-2276, *Feinberg v. Sec. Brokerage, Inc.*
- 04-2277, *MFS Fund Distribs., Inc. v. Mass. Investors Trust and Mass. Investors Growth Fund*
- 04-2283, *Barkov v. Amcap Fund*
- 04-2284, *Christman v. Canadian Imperial Bank of Commerce*
- 04-2285, *Chang v. Federated Investors, Inc.*
- 04-2286, *Linnock v. Federated Investors, Inc.*
- 04-2287, *Soto v. Federated Investors, Inc.*
- 04-2592, *Dalton v. Pottruck*
- 04-2605, *Shahi v. Putnam, LLC*
- 04-2618, *Fitzgerald v. Citigroup, Inc.*
- 04-2746, *Chiumento v. Citigroup*
- 04-2828, *Bufkin v. Canadian Imperial Bank of Commerce*
- 05-2875, *Rothschild v. Federated Am. Leaders Fund, Inc.*
- 05-3205, *Cash v. Pilgrim*

/s/ J. Frederick Motz
Judge J. Frederick Motz
United States District Judge