IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> *Pilgrim Baxter Sub-Track*, ) <br> 04-md-15862-04 ) <br> ) | MDL 1586 <br><br> Case No. 04-MD-15862-04 <br> (Hon. J. Frederick Motz) |

## NOTICE OF WITHDRAWAL

TO:   The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Chad Johnson hereby withdraws as counsel of record. Bernstein Litowitz Berger & Grossmann LLP will continue to serve as Lead Counsel for the Class Lead Plaintiff and the Settlement Class.

Dated:  October 4, 2012

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

  /s/ *William C. Fredericks*
William C. Fredericks
John J. Mills
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

*Lead Counsel for the Class Lead Plaintiff and the Settlement Class*